HARMEET K. DHILLON
Assistant Attorney General
MICHAEL E. GATES
Deputy Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYBN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
CHARLOTTE LANVERS (CABN 257814)
Trial Attorney, Housing and Civil Enforcement Section
     Civil Rights Division
     U.S. Department of Justice
     950 Pennsylvania Avenue NW – 4CON
     Washington, DC 20530
     Telephone: (202) 305-5703
     Fax: (202) 514-1116
     Email: charlotte.lanvers@usdoj.gov

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney
     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7478
     FAX: (415) 436-6748
     sapna.mehta@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cv-00348-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS SANDLOT05, LLC AND JARROD BLAKE** |
| AIRBNB, INC., SANDLOT05, LLC, JARROD BLAKE, individually and as owner of the SANDLOT05, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Defendants Sandlot05, LLC and Jarrod Blake, through their undersigned counsel, that all claims by the United States against Defendants Sandlot05, LLC and Jarrod Blake in the above-captioned matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement (attached here as Exhibit A) entered into between the United States and Sandlot05, LLC and Jarrod Blake.

IT IS FURTHER STIPULATED THAT, each party shall bear its own attorney's fees, costs, and litigation expenses.

DATED: June 6, 2025                                 Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

MICHAEL E. GATES
Deputy Assistant Attorney General

CARRIE PAGNUCCO
Chief

AMIE S. MURPHY (NYBN 4147401)
Deputy Chief

*/s/Charlotte Lanvers*
CHARLOTTE LANVERS (CABN 257814)
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW – 4CON
Washington, DC 20530
Telephone: (202) 305-5703
Fax: (202) 514-1116
Email: charlotte.lanvers@usdoj.gov

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS SANDLOT05, LLC AND JARROD BLAKE
CASE NO. 3:25-CV-00348- CRB                2

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Sapna Mehta*
SAPNA MEHTA
Assistant United States Attorney

Attorneys for Plaintiff United States of America

*/s/ Craig Richlin*
CRAIG RICHLIN
Craig Richlin Law Firm
1112 Montana Ave, Ste 508
Santa Monica, California 90403
Telephone: (703) 548-5558
Email: craigrichlinlaw@gmail.com

Attorney for Defendants Sandlot05 and Blake

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: June 6, 2025                    */s/ Charlotte Lanvers*
                                        Charlotte Lanvers

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS SANDLOT05, LLC AND JARROD BLAKE
CASE NO. 3:25-CV-00348- CRB                    3

## [PROPOSED] ORDER

THE PARTIES HAVING STIPULATED THERETO, IT IS HEREBY ORDERED THAT:

1.     The United States' claims in the above-captioned matter against Defendants Sandlot05, LLC and Jarrod Blake be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) and the terms of the Settlement Agreement entered into between the United States and Sandlot05, LLC and Jarrod Blake.

2.     Each party shall bear its own attorney's fees, costs, and litigation expenses.


DATED:_____


_____
THE HON. CHARLES R. BREYER
United States District Judge

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO DEFENDANTS SANDLOT05, LLC AND JARROD BLAKE
CASE NO. 3:25-CV-00348- CRB                4