HARMEET K. DHILLON
Assistant Attorney General
CARRIE PAGNUCCO
Chief, Housing and Civil Enforcement Section
AMIE S. MURPHY (NYBN 4147401)
Deputy Chief, Housing and Civil Enforcement Section
KATIE LEGOMSKY (CABN 275571)
Trial Attorney, Housing and Civil Enforcement Section
    Civil Rights Division
    U.S. Department of Justice
    950 Pennsylvania Avenue NW – 4CON
    Washington, DC 20530
    Telephone: (202) 598-6587
    Fax: (202) 514-1116
    Email: kathryn.legomsky@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br> AIRBNB, INC., <br><br> Defendant. | Case No. 3:25-cv-00348-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE AND RESET JOINT CASE MANAGEMENT STATEMENT FILING DEADLINE** |

IT IS STIPULATED between Plaintiff, United States of America, and Defendant Airbnb, Inc.:

Counsel for the Parties have conferred and agreed, with the Court's approval, to (i) re-schedule the Case Management Conference to ~~January 20,~~ **February 10,** 2025, and (ii) reset the filing deadline for the Joint Case Management Statement to ~~January 13,~~ **February 3,** 2025. In support, the Parties aver as follows.

On October 30, 2025, the Parties stipulated to and requested a stay of this case until the end of the government shutdown. ECF No. 55. The Parties further requested that all deadlines, including then-

1  scheduled hearing dates, be extended for a period commensurate with the duration of the lapse in
2  appropriations. *Id*. The Parties agreed that if this stay were granted, they would confer and submit within
3  two weeks a joint proposed schedule for submitting the Joint Case Management Statement (then-due
4  November 25) and rescheduling the initial Case Management Conference (then-set for December 2). *Id*.

5        On October 31, 2025, the Court granted this limited stay and ordered the United States to
6  "promptly notify the Court as soon as the government shutdown has ended and, if necessary, confer with
7  opposing counsel and within two weeks re-schedule the initial Case Management Conference currently
8  set for 12/2." ECF No. 56.

9        Consistent with the Court's October 31, 2025, Order, the United States timely notified the Court
10 that appropriations had been restored, ECF No. 59, and counsel have conferred and stipulated to the
11 present proposed re-scheduled initial Case Management Conference.

12       Pursuant to Civil L.R. 6-2(a), the Parties disclose that Plaintiff and Defendant Airbnb have
13 stipulated to, and the Court ordered, the following previous time modifications in this case: ECF Nos. 18
14 and 32 (extending time for Airbnb to respond to Complaint); ECF No. 43 (continuing hearing on motion
15 to dismiss); ECF No. 47 (extending deadline for Airbnb to file reply brief); ECF No. 51 (continuing
16 initial case management conference); and ECF No. 56 (granting limited stay during government
17 shutdown). The Parties agree that the requested continuance of these deadlines will conserve Court and
18 party resources and will not interfere with any deadlines set in this matter.

20 DATED: November 24, 2025

Respectfully submitted,

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION

*s/Katie Legomsky*
Katie Legomsky

*Attorney for the United States of America*


MORGAN, LEWIS & BOCKIUS LLP

*s/Stephanie Schuster*
Stephanie Schuster
Amanda B. Robinson
Nina Shaw

*Counsel for Defendant Airbnb, Inc.*

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the document's content and have authorized the filing.

Dated: November 24, 2025

*s/Katie Legomsky*
Katie Legomsky

*Attorney for the United States of America*

**PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED.**

Dated: December 1, 2025

_____
The Honorable Edward M. Chen
United States District Judge